IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL ALSTON,
    Plaintiff,

vs.

              Civil Action No. 3:20-cv-163
SHEETZ, INC.,         Judge Stephanie L. Haines
    Defendant.

## ORDER

AND NOW, this 15th day of January, 2021, the Court having been advised by counsel that settlement has been reached in principle and with no further action being required by the Court at this time, the following order is entered:

IT IS ORDERED that the Clerk shall remove this case from the docket for administrative purposes. Nothing contained in this order shall be construed as a final dismissal or disposition of this case and, should further proceedings in it become necessary, the case shall be reinstated to the docket upon written request of either party. Jurisdiction is retained over the completion and enforcement of settlement. The parties are directed to file the appropriate dismissal under Fed. R. Civ. P. 41 upon final resolution of this matter.

                       Stephanie L. Haines
                       United States District Judge

cc/ecf: All counsel of record